JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL NASHA RODGERS,<br>      Plaintiff,<br><br>      v.<br><br>WELLS FARGO HOME<br>MORTGAGE,<br>          Defendant. | 19-CV-08811 DSF (AGRx)<br><br>JUDGMENT |

The Court having granted Defendant's unopposed motion to dismiss,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 7, 2020

*Dale S. Fischer*
Dale S. Fischer
United States District Judge